NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**CHERVON NORTH AMERICA, INC., POSITEC
TOOL CORPORATION, POSITEC USA, INC., HILTI,
INC., SNAP-ON INCORPORATED,**
*Appellants*

**v.**

**MILWAUKEE ELECTRIC TOOL CORPORATION,
METCO BATTERY TECHNOLOGIES, LLC, AC
(MACAO COMMERCIAL OFFSHORE) LIMITED,
TECHTRONIC INDUSTRIES CO. LTD.,**
*Appellees*

———————————

2016-2658, -2659, -2660,
2017-1305, -1306, -1307, -1330, -1331, -1332

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00595,    IPR2015-00596,    IPR2015-00597, IPR2015-01164,    IPR2015-01165,    IPR2015-01166, IPR2015-01242,    IPR2015-01243,    IPR2015-01244, IPR2016-00343, IPR2016-00344, IPR2016-00345.

———————————

# O R D E R

The above-captioned appeals appear to be related.

2  CHERVON NORTH AMERICA, INC. v. MILWAUKEE ELECTRIC TOOL
CORP.

We consolidate the appeals, and thus one set of briefs should be filed for the nine appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated.  The revised official caption is reflected above.  The certified lists in 17-1305, -1306, -1307, -1330, -1331, -1332 are due no later than January 17, 2017.  The appellants should calculate the due date of their opening briefs from the filing of those certified lists.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31